## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Sambo Dasuki (A75-348-928)<br>*Individually and as parent and*<br>*next friend of Abubakar A. Dasuki*<br>1284 Ballantrae Farm Dr.<br>McLean, VA 22101<br>    *Plaintiff*<br><br>Farida S. Dasuki (A75-348-929)<br>1284 Ballantrae Farm Dr.<br>McLean, VA 22101<br>    *Plaintiff*<br><br>Abubakar A. Dasuki (A75-348-930)<br>1284 Ballantrae Farm Dr.<br>McLean, VA 22101<br>    *Plaintiff*<br><br>v.<br><br>Janet Reno<br>Attorney General of the United States<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>    *Defendant*<br><br>William Carroll<br>District Director,<br>Immigration & Naturalization Service<br>4420 N. Fairfax Dr.<br>Arlington, VA 22203<br>    *Defendant*<br><br>Marla J. Belvedere<br>Director, Office of Asylum<br>Immigration & Naturalization Service<br>1500 Wilson Blvd.<br>Arlington, VA 22209<br>    *Defendant* | FILED<br>SEP 21 1998<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CASE NUMBER   1:98CV02252<br>JUDGE: Harold H. Greene<br>DECK TYPE: Civil General<br>DATE STAMP: 09/21/98 |

### COMPLAINT FOR MANDAMUS

To the Honorable Judge of the United States District Court for the District of Columbia:

Plaintiffs, Mohammed Sambo Dasuki, Farida S. Dasuki, and Abubakar Dasuki, by and through their counsel, Lloyd F. Ukwu, in a claim for declaratory and injunctive relief, state as follows:



## INTRODUCTION

1. This is a civil action brought pursuant to 8 USC §1329, and 28 USC § 1331 and 1361 to redress the deprivation of rights and privileges secured to plaintiffs by which statutes jurisdiction are conferred, to compel defendants to perform a duty defendants owe to plaintiffs.

2. This action is brought to compel defendants and those acting under them to rule upon an application for relief of political asylum, filed on July 8, 1997 by the plaintiffs.

## PARTIES

3. Plaintiffs are all natives and citizens of Nigeria and residing in Virginia.

4. Defendant Janet Reno is and was at all times mentioned herein, the Attorney General of the United States of America, and as such acting in the capacity as the head of the Department of Justice, under which the Immigration and Naturalization Service falls.

5. Defendant William J. Carroll is and was at all times herein mentioned the District Director of the Immigration and Naturalization Service in Arlington, Virginia, and is charged by law with the statutory obligation to adjudicate the plaintiffs' applications for political asylum.

6. Defendant Marla J. Belvedere is and was at all times herein mentioned, the director of the Office of Asylum, Immigration and Naturalization Service in Arlington, Virginia.

## FACTS

7. In July, 1997, plaintiffs applied for political asylum after plaintiff Mohammed S. Dasuki was declared wanted, and his father, Nigeria's foremost traditional and spiritual leader, was deposed and detained by the Nigerian military government.

8. Plaintiffs were interviewed on August 5, 1997 by Officer Michael Knowles, an agent of the defendants.

9. It is the practice in all asylum applications filed with the defendants to be adjudicated upon within two (2) weeks.

10. Plaintiffs have submitted overwhelming evidence in support of their applications.

11. Plaintiffs have made several inquiries concerning their applications without success or response from the defendants.

12. Defendants have wilfully and unreasonably delayed in and refused to adjudicate the applications of the plaintiffs, thereby depriving them of the right for the relief of political asylum, and to allow that peace of mind to which plaintiffs are entitled under the Immigration and Nationality Act (INA).

13. Defendants owe plaintiffs the duty to act upon their applications and have unreasonably failed to perform that duty.

14. Plaintiffs have exhausted any administrative relief which may exist.

**WHEREFORE**, plaintiffs pray that this Honorable Court grant them relief in the following particulars:

1. Compel the defendants and those acting under them to perform their duty to adjudicate the plaintiffs' applications;

2. Grant such other and further relief as this Court deems just and proper under the circumstances; and

3. Grant attorney's fees and costs of Court.

Respectfully submitted,

Ukwu & Associates, Chartered

_____
Lloyd F. Ukwu
Attorney for Plaintiffs
514 Tenth St. NW, Ste. 600
Washington, D.C. 20004     420617
(202) 393-0070

Dated: September 19, 1998