UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED SAMBO DASUKI, et al.,

    Plaintiffs,

v.

JANET RENO, et al.,

    Defendants.

Civil Action No. 98-2252
(HHG)

**FILED**
APR 2 6 1999
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### ORDER

Upon consideration of defendants' motion to dismiss, or, alternatively, for summary judgment, or, in the further alternative, for transfer of venue; it appearing that plaintiffs have failed to obtain an extension therefrom or timely respond to the motion; and it appearing pursuant to Local Rule 108(b), the Court may treat the motion as conceded; it is this 22nd day of April, 1999

ORDERED that defendants' motion for summary judgment be and it is hereby granted; and it is further

ORDERED that judgment be and it is hereby entered for defendant in the above action.

*[signature]*
HAROLD H. GREENE
United States District Judge